# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Paul Schneider

v.                                            Case Number: 4:17−cv−03165

AT&T Mobility Services, LLC

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**    Courtroom 8C
                United States District Court
                515 Rusk Avenue
                Houston, Texas 77002

**DATE:** 10/18/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:    September 3, 2019

                                                                           David J. Bradley, Clerk