IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL SCHNEIDER, § | |
| § | |
| Plaintiff, § | |
| § | Cause No. 4:17cv3165 |
| VS. § | |
| § | Jury Trial Demanded |
| AT&T MOBILITY SERVICES, LLC, § | |
| § | |
| Defendant. § | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff moves to dismiss this case with prejudice, with the parties to bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ David C. Holmes
David C. Holmes, Attorney in Charge
State Bar No. 09907150
Southern District No. 5494
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
Telephone: 713-586-8862
Fax: 713-586-8863
dholmes282@aol.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was sent electronically to all counsel of record on September 16, 2019.

/s/ David C. Holmes
David C. Holmes