United States District Court
Southern District of Texas
**ENTERED**
September 17, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL SCHNEIDER, | § § | |
| Plaintiff, | § § | |
| | § | Cause No. 4:17cv3165 |
| VS. | § § | |
| | § | Jury Trial Demanded |
| AT&T MOBILITY SERVICES, LLC, | § § | |
| Defendant. | § § | |

## ORDER

It is ORDERED that this case is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Signed on _____SEP 1 7 2019_____, 2019.

_____
United States District Judge